No. 798. INDIANAPOLIS *v.* WHEELER, ACTING DIRECTOR BITUMINOUS COAL DIVISION OF THE DEPARTMENT OF THE INTERIOR, ET AL. April 5, 1943. Petition for writ of cer-

tiorari to the Circuit Court of Appeals for the Seventh Circuit denied. MR. JUSTICE MURPHY and MR. JUSTICE JACKSON took no part in the consideration or decision of this application. *Messrs. William H. Thompson, Perry E. O'Neal, Patrick J. Smith,* and *Sidney S. Miller* for petitioner. *Solicitor General Fahy* and *Messrs. Robert L. Stern, Warner W. Gardner, Arnold Levy,* and *Jesse B. Messitte* for Dan H. Wheeler, and *Messrs. Burr Tracy Ansell* and *Roger Robb* for the Bituminous Coal Producers Board, District No. 8, respondents.

